UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-23223-Civ-GRAHAM/TORRES

ROLDAN CARDONA RODRIGUEZ,
RAUL EDGARDO HERNANDEZ RODRIGUEZ,

    Plaintiffs,

vs.

MARBLE CARE INTL., INC.
ROBERT SEGUROLA,

    Defendants.
_____/

## ORDER ON DISCOVERY HEARING

This matter, having come before the Court at a discovery hearing on February 4, 2011, and the Court being duly advised in the premises, it is ORDERED AND ADJUDGED as follows:

1. The Court grants the motion to compel compliance with a subpoena served prior to the discovery cutoff in the case. Defendants' supplier GRAN QUARTZ, although it need not appear for deposition, shall produce within (14) days of the date of this Order all documents responsive to the previously served subpoena duces tecum dated December 31, 2010. Such documents include: "ALL RECORDS/DOCUMENTS (INCLUDING THOSE STORED ELECTRONICALLY) IN THEIR POSSESSION, CUSTODY OR CONTROL REGARDING ALL PRODUCTS SOLD BY THEM TO MARBLE CARE INTL., INC. AND ROBERTO SEGUROLA DURING THE YEARS 2009 AND 2010." Plaintiff shall serve a copy of this Order on this third party witness.

2.   Defendants shall provide by Friday 2/11/11, all bank statements of Defendant MARBLE CARE INTL., INC. for the period of January 2009 through November 2009, and all bank statements of Defendant ROBERT SEGUROLA for the period of January 2009 through December 2010.

**DONE AND ORDERED** in Chambers in Miami-Dade, Florida, on this 16th day of February, 2011.

                                                   */s/ Edwin G. Torres*
                                                   EDWIN G. TORRES
                                                   United States Magistrate Judge